

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00660-CV

**IN THE INTEREST OF M.R.H.,**

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1905-CV
Honorable Jessica Crawford, Judge Presiding

# O R D E R

The record in this restricted appeal was due October 15, 2018.  The court reporter, Lori Schmid, has filed a request for a thirty-day extension of time to file the record. We grant the motion and **order** Schmid to file, **by November 14, 2018**, all portions of the proceedings held in this case on June 18, 2018, including all exhibits offered or admitted.  The clerk's record reflects that appellant is indigent.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court